IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| MICHAEL MILLER<br>Petitioner,<br><br>v.<br><br><br>JOSEPH F. LEESON, JR.,<br>United States District Judge for the<br>Eastern District of Pennsylvania,<br>Respondent. | Civ. No: 25-1208<br><br><br><br><br>RE: In re: Michael Miller<br>Case Number: 25-1208<br>District Court Case Number: 5:24-cv-05338 |

**EMERGENCY MOTION TO CORRECT DOCKETED FILING DATE PURSUANT TO FRAP 27 AND 28 U.S.C. § 1651 (ALL WRITS ACT)**

TO THE HONORABLE COURT:

Michael Miller, pro se, respectfully submits this Emergency Motion under FRAP 27 and 28 U.S.C. § 1651 (All Writs Act) requesting immediate correction of a procedural error by the Clerk's Office regarding the filing date of my Emergency Petition for Writ of Mandamus. The Clerk's Office has improperly recorded the petition's filing date as February 7, 2025, despite my actual submission on February 3, 2025.

This misrepresentation violates Federal Rules of Appellate Procedure (FRAP) 21(a)(3) and 25(a)(2)(B)(iv) and obstructs judicial review of an emergency

1

matter. Immediate corrective action is required to preserve procedural integrity and ensure compliance with federal rules.

## I. Procedural History

1. On February 3, 2025, Miller e-filed and paid the required filing fee for my Emergency Petition for Writ of Mandamus through the Court's CM/ECF system.

2. The Clerk's Office delayed docketing Miller's petition for four days without legal justification, only doing so after Petitioner filed a formal objection. (Doc. 3)

3. On February 7, 2025, the Clerk's Office docketed Miller's petition but falsified the filing date as February 7 instead of February 3.

4. The Clerk's Notice of Filing (Document 1-3) states that the petition was "received" on February 7, 2025—which is demonstrably false, as Petitioner submitted it electronically on February 3.  **See attached receipt for $600 from February 3rd.**

## II. Legal Basis for Immediate Correction

1. **Violation of FRAP 25(a)(2)(B)(iv): Electronic Filing Date Must Be Honored**

    - FRAP 25(a)(2)(B)(iv) mandates that an electronically filed document is the official written filing.

    - My petition was filed through CM/ECF on February 3, 2025, and should be considered filed as of that date.

    - The Clerk's misrepresentation in Document 1-3 falsely asserting February 7, 2025, as the "received" date directly contradicts FRAP 25(a)(2)(B).

2. **Violation of FRAP 21(a)(3): Clerk's Duty to Docket Upon Receipt**

    - FRAP 21(a)(3) requires the Clerk to docket a mandamus petition immediately upon receipt and payment of the prescribed fee.

    - The Clerk's unauthorized "pre-docketing review" was unlawful and resulted in an improper four-day delay.

3. **Impact of Misrepresentation on Emergency Relief**

    - A writ of mandamus is an extraordinary remedy requiring urgent judicial review.

- The false filing date obstructs the Court's ability to review my petition in a timely manner, contradicting the urgency required in mandamus proceedings.

## III. Relief Requested

WHEREFORE, to correct this procedural error and ensure compliance with FRAP, Petitioner moves the Court to:

1. Issue an order directing the Clerk's Office to correct the docketed filing date for my Emergency Petition for Writ of Mandamus to February 3, 2025, as required by FRAP 25(a)(2)(B)(iv).

2. Direct the Clerk's Office to refrain from delaying or altering the docketing of filings without explicit judicial authorization.

3. Ensure judicial oversight over Clerk's Office practices that impede emergency filings.

4. Costs for multiplied litigation

5. Such and other relief for Petitioner as the Court may deem just and proper.

## IV. Conclusion

The Clerk's unauthorized delay and falsification of the filing date undermine procedural integrity and the public's trust in this Court's administration. This error must be immediately corrected to restore compliance with federal procedural rules and ensure fair access to judicial review.

Respectfully Submitted,
*/s/ Michael Miller*
Michael Miller
108 N. Reading Rd., Ste F, 246
Ephrata, Pennsylvania 17522
717-388-0163
reaganfive@protonmail.com
Date: February 10, 2025

**Attachments:**

1. Clerk's Notice of Filing (Document 1-3) (showing false "received" date).

2. Relevant Court Rules (FRAP 21 and FRAP 25).

3. Appellant's Receipt of Paid Filing Fee on February 3, 2025.

**Certificate of Service**

I, Michael Miller, hereby certify that on this February 9, 2025, I served copies of the following document(s):

"Emergency Motion for Immediate Correction of Docketed Filing Date"

along with the attached exhibits, to all parties electronically

through the Court's CM/ECF system, and to the recipient listed below:

**Margaret A. Wiegand, Circuit Executive**
Office of the Circuit Executive
22409 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    **Method of Service:** Certified Mail


Respectfully Submitted,
*/s/ Michael Miller*
Michael Miller
108 N. Reading Rd., Ste F, 246
Ephrata, Pennsylvania 17522
717-388-0163
reaganfive@protonmail.com
Date: February 9, 2025