# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| MICHAEL MILLER<br>Petitioner / Plaintiff,<br><br>v.<br><br><br>JOSEPH F. LEESON, JR.,<br>United States District Judge for the<br>Eastern District of Pennsylvania,<br>Respondent. | Civ. No: 25-1208<br><br><br><br>RE: In re: Michael Miller<br>Case Number: 25-1208<br>District Court Case Number: 5:24-cv-05338 |

## SUPPLEMENT TO EMERGENCY MOTION FOR VACATUR AND EXPEDITED RELIEF PURSUANT TO L.A.R. 4.1

Petitioner Michael Miller, proceeding pro se, submits this Supplement to Emergency Motion for Vacatur and Expedited Relief (Doc. 13) to comply with Third Circuit Local Appellate Rule 4.1, which requires a proposed briefing schedule for motions seeking expedited review.

## I. PROPOSED BRIEFING SCHEDULE

Pursuant to L.A.R. 4.1, Petitioner proposes the following expedited schedule to ensure timely resolution of this matter:

1. Response from Respondents Due: Within 7 days of service of this supplement.
2. Petitioner's Reply Due: Within 3 days of service of the response.

1

3. Oral Argument (if necessary) or Decision on Motion: Within 14 days of this Court's receipt of all filings.

Petitioner has not yet conferred with opposing counsel regarding this schedule but anticipates opposition to expedition. If Respondents do not agree to the proposed schedule, Petitioner requests that this Court adopt the above schedule or set an expedited briefing schedule as appropriate.

## II. NEED FOR EXPEDITED RELIEF

This Court's expedited review is necessary because:

- The district court acted without jurisdiction by ruling while the mandamus petition was pending, violating the Divestiture Rule.
- Delay will cause irreparable harm, as the government defendants may assert res judicata based on an improper ruling.
- The mandamus petition remains pending, and allowing the district court's order to stand may moot its purpose, frustrating this Court's ability to provide effective relief.

Given the procedural urgency and jurisdictional concerns, Petitioner respectfully requests expedited review of this matter and an order vacating or staying the district court's March 7, 2025, ruling.

III. CONCLUSION

For the reasons stated herein, Petitioner respectfully requests that this Court accept this Supplement under L.A.R. 4.1, adopt the proposed expedited briefing schedule, and adjudicate the Emergency Motion for Vacatur and Expedited Relief on an expedited basis.

Respectfully Submitted,
*/s/ Michael Miller*
Michael Miller
108 N. Reading Rd., Ste F, 246
Ephrata, Pennsylvania 17522
717-388-0163
reaganfive@protonmail.com
Dated: March 14, 2025

# CERTIFICATE OF SERVICE

I, Michael Miller, certify that on this date, I electronically filed the Petition for a Writ of Mandamus with the Clerk of the Court for the United States Court of Appeals for the Third Circuit via the CM/ECF system, which will send notification of such filing to all registered ECF users, including:

1. *The Honorable Joseph F. Leeson, Jr.*
   United States District Judge
   United States District Court for the Eastern District of Pennsylvania

2. *Sarah Hyer-Staub*
   Attorney for All Defendants
   McNees Wallace & Nurick LLC

Respectfully Submitted,
*/s/ Michael Miller*
Michael Miller
108 N. Reading Rd., Ste F, 246
Ephrata, Pennsylvania 17522
717-388-0163
reaganfive@protonmail.com
Dated: March 14, 2025
