IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| MICHAEL MILLER<br>Petitioner / Plaintiff,<br><br>v.<br><br><br>JOSEPH F. LEESON, JR.,<br>United States District Judge for the Eastern District of Pennsylvania,<br>Respondent. | Civ. No: 25-1208<br><br><br><br>RE: In re: Michael Miller<br>Case Number: 25-1208<br>District Court Case Number: 5:24-cv-05338 |

# RULE 21 PETITION UPDATE DEMANDING IMMEDIATE ACTION ON MANDAMUS PETITION AND VACATUR OF DISTRICT COURT ORDER

TO THE HONORABLE JUDGES OF THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT:

Pursuant to Federal Rule of Appellate Procedure 21(b), Petitioner Michael Miller submits this Rule 21 petition update demanding immediate adjudication of his pending mandamus petition (Case No. 25-1208) and vacatur of the unlawful March 7, 2025, district court order.

Petitioner further requests an immediate stay of all district court proceedings to prevent enforcement of the void order and preserve the integrity of this Court's appellate review.

1

# I. THE DISTRICT COURT ACTED WITHOUT JURISDICTION UNDER THE DIVESTITURE RULE

The district court lacked jurisdiction to issue its March 7, 2025, dismissal order because this Court was already seized of the matter via Petitioner's Mandamus Petition (Case No. 25-1208). This divested the district court of authority over the pending motions.

Under *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982), once an appellate court assumes jurisdiction over an issue, the lower court is without power to act. This rule was reaffirmed in *Venen v. Sweet*, 758 F.2d 117, 120 (3d Cir. 1985), holding that a district court may not alter the status of a case pending appellate review.

No exception to the Divestiture Rule applies here. Judge Leeson's actions were in direct contravention of the Third Circuit's clear jurisdictional mandates. The March 7, 2025 order was therefore issued in excess of jurisdiction and is void.

## II. THE CLERK'S LETTER MISSTATES APPLICABILITY OF FRCP 54(b) AND FAILS TO ADDRESS THE PENDING MANDAMUS PETITION

The Clerk of Court issued a letter (attached) incorrectly asserting that the March 7, 2025 order is not appealable because it "decides fewer than all claims." This ignores the controlling jurisdictional defect:

1. The issue is not whether the order is appealable, but whether it was lawfully issued. The district court acted in excess of jurisdiction by deciding motions that were already before this Court.

2. The Clerk's letter fails to acknowledge the live mandamus petition (Case No. 25-1208), which has been pending for more than 40 days with no response.

3. Under FRAP 21(b), the Court must either deny the mandamus petition or order the respondent to answer. The failure to issue a ruling or directive violates FRAP 21(b)(1).

## III. REQUEST FOR IMMEDIATE RELIEF

Petitioner respectfully requests that this Court:

1. Vacate the March 7, 2025, district court order for lack of jurisdiction, consistent with the Divestiture Rule (*Griggs, Venen*).

2. Immediately adjudicate the pending mandamus petition (Case No. 25-1208) or, alternatively, order the respondents to answer within three days under FRAP 21(b).

3. Stay all further district court proceedings under FRAP 8 and 21 to prevent enforcement of the void order and ongoing irreparable harm.

Petitioner urgently requests immediate action, as continued inaction will allow the district court to proceed under an invalid order, effectively rendering this appellate review meaningless.

Respectfully Submitted,
*/s/ Michael Miller*
Michael Miller
108 N. Reading Rd., Ste F, 246
Ephrata, Pennsylvania 17522
717-388-0163
reaganfive@protonmail.com
Dated: March 14, 2025

# CERTIFICATE OF SERVICE

I, Michael Miller, certify that on this date, I electronically filed the Petition for a Writ of Mandamus with the Clerk of the Court for the United States Court of Appeals for the Third Circuit via the CM/ECF system, which will send notification of such filing to all registered ECF users, including:

1. *The Honorable Joseph F. Leeson, Jr.*
   United States District Judge
   United States District Court for the Eastern District of Pennsylvania

2. *Sarah Hyer-Staub*
   Attorney for All Defendants
   McNees Wallace & Nurick LLC

Respectfully Submitted,
*/s/ Michael Miller*
Michael Miller
108 N. Reading Rd., Ste F, 246
Ephrata, Pennsylvania 17522
717-388-0163
reaganfive@protonmail.com
Dated: March 14, 2025
