**CLD-091**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 25-1208
_____

IN RE: MICHAEL MILLER,
                                    Petitioner
_____

On a Petition for Writ of Mandamus from the
United States District Court for the Eastern District of Pennsylvania
(Related to E.D. Pa. Civ. No. 5:24-cv-05338)
_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
February 27, 2025

Before: KRAUSE, PHIPPS, and SCIRICA, Circuit Judges

_____

**ORDER**
_____

**PER CURIAM:**

     This cause came to be considered on a petition for writ of mandamus submitted on February 27, 2025. On consideration whereof, it is now hereby

     ORDERED by this Court that the petition for writ of mandamus be, and the same is, denied. All of the above in accordance with the opinion of the Court.

DATED: April 21, 2025
JK/cc: Michael Miller
      All Counsel of Record



A True Copy:

Patricia S. Dodszuweit, Clerk