IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

MICHAEL MILLER,  
     Appellant,

v.

COUNTY OF LANCASTER, *et al.*,  
     Appellees.

    :  
    :  
    :  
    :   No. 25-1208  
    :  
    :  
    :

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Lauren Anthony, Esquire of McNees Wallace & Nurick LLC as counsel for appellees County of Lancaster, Tammy Bender, Jacqueline Pfursich, Joshua Parsons, Ray D'Agostino, and Christa Miller in the above-captioned matter. Appellees will continue to be represented by Sarah Hyser-Staub, Esquire and McNees Wallace & Nurick LLC.

Respectfully submitted,

McNEES WALLACE & NURICK LLC

By: _____  
Sarah Hyser-Staub  
Lauren Anthony  
100 Pine Street  
P.O. Box 1166  
Harrisburg, PA  17108-1166  
(717) 237-5473  
sstaub@mcneeslaw.com  
lanthony@mcneeslaw.com

*Counsel for Appellee County of Lancaster*

Date: March 30, 2026

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all parties through the Court's Electronic Case Filing System.

_____

Lauren Anthony

*Counsel for Appellee County of Lancaster*

Date: March 30, 2026